IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| JOSEPH JONES, | § | |
| | § | |
| Defendant Below– | § | No. 82, 2019 |
| Appellant, | § | |
| | § | Court Below–Superior Court |
| v. | § | of the State of Delaware |
| | § | |
| STATE OF DELAWARE, | § | Cr. ID No. 1712008278 (N) |
| | § | |
| Plaintiff Below– | § | |
| Appellee. | § | |
| | § | |

Submitted: April 5, 2019
Decided: April 15, 2019

## **ORDER**

It appears to the Court that, on March 19, 2019, the Chief Deputy Clerk issued a notice, sent by certified mail, directing the appellant to show cause why this appeal should not be dismissed for the appellant's failure to pay the Supreme Court filing fee or file a motion to proceed in forma pauperis. Appellant received the notice by March 25, 2019, and has failed to respond within the required ten-day period. Dismissal of this action is deemed to be unopposed.

NOW, THEREFORE, IT IS ORDERED, under Supreme Court Rules 3(b)(2) and 29(b), that the appeal is DISMISSED.

BY THE COURT:

*/s/ Gary F. Traynor*
Justice